# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 7, 2023

## NO. 03-21-00390-CV

**Megatel Homes III, LLC, Appellant**

**v.**

**Woodhull Ventures 2015, L. P., Appellee**

## APPEAL FROM 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND JONES
## AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
## OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on May 12, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the portions of the trial court's final judgment as related to the denial of Megatel's award of attorney's fees incurred in defending against Woodhull's Rule 91a motion. We affirm the remainder of the judgment. We remand the case to the trial court for further proceedings consistent with the Court's opinion. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.